1  LATHAM & WATKINS LLP
   MARGARET M. ZWISLER (margaret.zwisler@lw.com)
2  AMANDA P. REEVES (amanda.reeves@lw.com)
   555 Eleventh Street, N.W., Suite 1000
3  Washington, D.C. 20004
   Telephone: (202) 637-2200
4  Facsimile: (202) 637-2201

5  CHARLES H. SAMEL (SBN 182019) (charles.samel@lw.com)
   JENNIFER A. CARMASSI (SBN 221592) (jennifer.carmassi@lw.com)
6  633 West Fifth Street, Suite 4000
   Los Angeles, California 90071-2007
7  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
8
   Attorneys for Defendants ATI Technologies ULC and
9  Advanced Micro Devices, Inc.

10
   COOLEY GODWARD KRONISH LLP
11 STEPHEN C. NEAL (170085) (sneal@cooley.com)
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
12 JAMES DONATO (146140) (jdonato@cooley.com)
   WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
13 JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
   101 California Street, 5th Floor
14 San Francisco, CA 94111-5800
   Telephone:    (415) 693-2000
15 Facsimile:    (415) 693-2222

16 Attorneys for Defendant NVIDIA Corporation

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19

20 IN RE GRAPHICS PROCESSING UNITS          Case No. M-07-CV-01826-WHA
   ANTITRUST LITIGATION
21                                          MDL No. 1826

22 _____

23                                          DECLARATION OF
   This Document Relates To:               CHARLES H. SAMEL IN SUPPORT
                                           OF DEFENDANTS' MOTION TO
24 ALL ACTIONS                             STAY DISCOVERY

25                                          Hon. William H. Alsup
                                           Courtroom 9, 19th Floor
26                                          Date: July 12, 2007
                                           Time: 8:00 a.m.
27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF CHARLES H. SAMEL ISO
DEFENDANTS' MOTION TO STAY
DISCOVERY - Case No. M-07-CV-01826-WHA

1   **DECLARATION OF CHARLES H. SAMEL**

2   I, Charles H. Samel, declare as follows:

3       1.      I am a partner at the law firm of Latham & Watkins LLP, counsel of

4   record for defendants Advanced Micro Devices, Inc. ("AMD") and ATI Technologies ULC, and

5   am one of the attorneys at the firm with responsibility for this matter.

6       2.      I submit this declaration in support of defendants' motion to stay

7   discovery, filed concurrently herewith.  I have personal knowledge of the matters set forth

8   herein, except as indicated, and would testify truthfully hereto if so requested.

9       3.      On November 30 and December 1, 2006, AMD and NVIDIA Corporation,

10  respectively, publicly announced that that each had received a subpoena from the Antitrust

11  Division of the U.S. Department of Justice in connection with its investigation into competitive

12  practices in the "Graphics Processing Units and Cards" industry.

13      4.      Within days of these public disclosures, plaintiffs Henry Truong,

14  Stephanie Truong, Trong Nguyen, and Judd Eliasoph, each represented by the Furth firm, filed

15  separate, but nearly identical, complaints in this Court.  I, or other attorneys at my direction who

16  have reported their findings to me regarding the matters herein, have reviewed these complaints

17  and the related complaints filed against defendants in this matter and know the contents therein.

18      5.      A true and correct copy of the complaint in *Henry Truong v. Nvidia Corp.*,

19  et al., N.D. Cal. case no. 06-7417 ("Truong Complaint"), filed on December 5, 2006, is attached

20  hereto as Exhibit A.

21      6.      Since plaintiffs Henry Truong, Stephanie Truong, Trong Nguyen, and

22  Judd Eliasoph filed their complaints in early December 2006, plaintiffs have filed nearly fifty

23  additional copycat lawsuits.

24      7.      The plaintiffs in the vast majority of these actions purport to file their

25  complaints on behalf of a putative class of persons who bought defendants' products indirectly,

26  for their own use and not for resale.

27      8.      A much smaller number of complaints allege a class of direct purchasers.

28

LATHAM&WATKINS↓↓↓
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF CHARLES H. SAMEL ISO
DEFENDANTS' MOTION TO STAY
DISCOVERY - Case No. M-07-CV-01826-WHA

9.      According to the complaints, nearly all of the named plaintiffs in these actions are individual consumers who claim that they paid inflated prices when they purchased graphics cards that contain GPUs, or when they purchased various electronic devices that contain GPUs as components.

10.      According to the complaints, none of the named plaintiffs is a manufacturer of graphic cards, personal computers or other consumer electronic devices that contain GPUs and graphics cards.  Similarly, none of the named plaintiffs appears to be a distributor that sells GPUs to retailers or an Original Equipment Manufacturer.

11.      In the complaints filed so far, plaintiffs allege that the defendants conspired to fix prices in violation of federal antitrust law and/or in violation of the state antitrust and/or consumer protection statutes of more than 40 different states.

12.      Plaintiffs' complaints merely reference the fact that the DOJ has sought production of documents from defendants and recite in conclusory terms the language of the antitrust statutes.

13.      On June 1, 2007, in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, Judge Hamilton dismissed claims brought by indirect purchasers of DRAM chips, and products that contain DRAM chips as components, under the antitrust laws of fourteen states likely to be at issue here, including California.  A true and correct copy of Judge Hamilton's Order Granting in Part and Denying in Part Defendants' Motion for Judgment on the Pleadings, No. 02-1486 (N.D. Cal. June 1, 2007), is attached hereto as Exhibit B.

Executed on June 7, 2007, in Los Angeles, California.


_____/s/ Charles H. Samel_____
Charles H. Samel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECL. OF CHARLES H. SAMEL ISO
DEFENDANTS' MOTION TO STAY
DISCOVERY - Case No. M-07-CV-01826-WHA

1

2   FILER'S ATTESTATION:

3        Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

4   perjury that the concurrence in the filing of this document has been obtained from its signatory.

5   Dated: June 7, 2007

                                                    By:  ____/s/ James Donato_____
6                                                              James Donato

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
LOS ANGELES

3

DECL. OF CHARLES H. SAMEL ISO
DEFENDANTS' MOTION TO STAY
DISCOVERY - Case No. M-07-CV-01826-WHA