```
 1  LATHAM & WATKINS LLP
    MARGARET M. ZWISLER (margaret.zwisler@lw.com)
 2  AMANDA P. REEVES (amanda.reeves@lw.com)
    555 Eleventh Street, N.W., Suite 1000
 3  Washington, D.C.  20004
    Telephone:  (202) 637-2200
 4  Facsimile:   (202) 637-2201

 5  CHARLES H. SAMEL (SBN 182019) (charles.samel@lw.com)
    JENNIFER A. CARMASSI (SBN 221592) (jennifer.carmassi@lw.com)
 6  633 West Fifth Street, Suite 4000
    Los Angeles, California 90071-2007
 7  Telephone:  (213) 485-1234
    Facsimile:   (213) 891-8763
 8
    Attorneys for Defendants ATI Technologies ULC and
 9  Advanced Micro Devices, Inc.

10

    COOLEY GODWARD KRONISH LLP
11  STEPHEN C. NEAL (170085) (sneal@cooley.com)
    JOHN C. DWYER (136533) (dwyerjc@cooley.com)
12  JAMES DONATO (146140) (jdonato@cooley.com)
    WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
13  JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
    101 California Street, 5th Floor
14  San Francisco, CA  94111-5800
    Telephone:     (415) 693-2000
15  Facsimile:      (415) 693-2222

16  Attorneys for Defendant NVIDIA Corporation

17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No. M-07-CV-01826-WHA |
|---|---|
| | MDL No. 1826 |
| This Document Relates To:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY<br><br>Hon. William H. Alsup<br>Courtroom 9, 19th Floor<br>Date: July 12, 2007<br>Time: 8:00 a.m. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED ] ORDER GRANTING
DEFENDANTS' MOTION TO
STAY DISCOVERY
Case No. M-07-CV-01826-WHA

LA\1732361.1

1  This Court has considered defendants' motion to stay discovery, all briefs and papers
2  filed in support and in opposition to the motion, and all arguments made by counsel.
3  IT IS HEREBY ORDERED that defendants' motion to stay is GRANTED. Pursuant to
4  Federal Rule of Civil Procedure 26(c), all discovery, including the disclosures that Rule 26(a)(1)
5  requires, is STAYED until further order of this Court lifting the stay.

7  IT IS SO ORDERED.

9  DATED: _____

By_____
The Honorable William H. Alsup
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1723257.2
1039948 v1/SF

1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO
STAY DISCOVERY
Case No. M-07-CV-01826-WHA

LA\1732361.1