LATHAM & WATKINS LLP
MARGARET M. ZWISLER (margaret.zwisler@lw.com)
AMANDA P. REEVES (amanda.reeves@lw.com)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

CHARLES H. SAMEL (SBN 182019) (charles.samel@lw.com)
JENNIFER A. CARMASSI (SBN 221592) (jennifer.carmassi@lw.com)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants ATI Technologies ULC and Advanced Micro Devices, Inc.

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant NVIDIA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | **Case No. M-07-CV-01826-WHA**<br><br>MDL No. 1826<br><br>**PROOF OF SERVICE**<br><br>Hon. William H. Alsup<br>Courtroom 9, 19th Floor<br>Date: July 12, 2007<br>Time: 8:00 a.m. |

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY AND MEMORANDUM OF POINTS AND AUTHORITIES**
- **DECLARATION OF CHARLES H. SAMEL IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY**
- **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following part(ies) in this action:

**See Attached Service List (already on ECF List)**

Executed on June 7, 2007, at San Francisco, California.

*/s/ Myrna M. Yee*
Myrna M. Yee

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

1.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

# SERVICE LIST

***Counsel for Plaintiffs, Henry Truong, Stephanie Truong, and Judd Eliasoph:***

Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
COHEN MILSTEN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

***Counsel for Plaintiff, Trong Nguyen:***

Michael P. Lehmann
Thomas P. Dove
Christopher L. Lebsock
Jon T. King
FURTH LEHMANN LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Allan Steyer
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
1 California St., Suite 300
San Francisco, CA 94111

Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
COHEN MILSTEN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

***Counsel for Plaintiff, Daniel Perkel:***

Patrick A. Tillou
Michael D. Hausfeld
Hilary K. Ratway
COHEN MILSTEN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

***Counsel for Plaintiffs, Rhonda Aldrich, Justus Austin and Elie Mizrahi:***

Craig M. Essenmacher
Keith Essenmacher
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

2.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

***Counsel for Plaintiff, Karol Juskiewicz:***

Mario N. Alioto
Lauren C. Russell
TRUMP, ALIOTO, TRUMP & PRESCOTT
2280 Union Street
San Francisco, CA 94123

Joseph M. Patane
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123

Lawrence G. Papale
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street #117
St. Helena, CA 94574

***Counsel for Plaintiff, Kathryn Saunders:***

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19041

***Counsel for Plaintiff, Bryan Schindelheim:***

Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
PEARSON SOTER WARSHAW & PENNY LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

***Counsel for Plaintiff, Jennifer Tomaino:***

Christine P. Bartholomew
FINKELSTEIN THOMPSON LLP
601 Montgomery St., Suite 665
San Francisco, CA 94111

Mila F. Bartos
Richard M. Volin
Michael G. McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street NW
Washington, DC 20007

Michael McShane
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
T: (415) 568-2555
F: (415) 568-2556

***Counsel for Plaintiff Woodrow Clark II:***

Brian Barry
LAW OFFICES OF BRIAN BERRY
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067

Randy R. Renick
LAW OFFICES OF RANDY R. RENICK
128 North Fair Oaks Ave., Suite 204
Pasadena, CA 91103

***Counsel for Plaintiff, Vincent Andella:***

Kenneth G. Gilman

Robert C. Schubert

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

3.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

David Pastor
Daniel D'Angelo
GILMAN AND PASTOR, LLP
225 Franklin St., 16th Floor
Boston, MA 02110

Juden J. Reed
Aaron H. Darsky
Willem F. Jonckheer
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

***Counsel for Plaintiff, Brett Johnson:***

Arthur L. Shingler III
SCOTT & SCOTT, LLP
600 B Street, Ste. 1500
San Diego, CA 92101

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Rd.
P.O. Box 2305
S. Burlington, VT 05403

***Counsel for Plaintiff, Alan Holtzman:***

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 S. Flower St., Suite 2940
Los Angeles, CA 90017

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
Ronnie Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Ave., Suite 2900
Seattle, WA 98101

Gary L. Specks
KAPLAN FOX & KILSHEIMER, LLP
423 Sumac Rd.
Highland Park, IL 60035

Lori Brody
KAPLAN FOX & KILSHEIMER, LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

Ted A. Donner
DONNER & COMPANY LAW OFFICES LLC
203 N. LaSalle St., Suite 2100
Chicago, IL 60601

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine St., Suite 1700
San Francisco, CA 94111

Robert N. Kaplan
Richard J. Kilsheimer
Jason Allen Zweig
KAPLAN FOX & KILSHEIMER LLP
805 Third Street, 22nd Floor
New York, NY 10022

***Counsel for Plaintiff, James Matson:***

Kenneth G. Gilman
Daniel D'Angelo
GILMAN AND PASTOR, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110

***Counsel for Plaintiff, Paul Smith:***

Michael D. Braun

Christopher Lovell

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

4.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025

Craig M. Essenmacher
Keith Essenmacher
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

***Counsel for Plaintiff, Scott Martin:***

Frank Jablonski
Noah Golden-Krasner
PROGRESSIVE LAW GROUP, LLC
354 W. Main Street
Madison, WI 53703

Ilan J. Chorowsky
PROGRESSIVE LAW GROUP LLC, Of Counsel
1130 N. Dearborn St., Ste. 3110
Chicago, IL 60610

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Ave., Suite 300
Elkins Park, PA 19027

Isaac L. Diel
SHARP McQUEEN McKINLEY McQUEEN & DODGE, PA
6900 College Blvd., Suite 285
Overland Park, KS 66211

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, Tennessee 37902

***Counsel for Plaintiff, Chad Klebs:***

Craig C. Corbitt
Francis O. Scarpulla
Christopher T. Micheletti
Matthew R. Schultz
Quianwei Fu
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104

Douglas J. Rovens
Steven A. Lamb
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
550 S. Hope St., Suite 1600
Los Angeles, CA 90071

***Counsel for Plaintiffs, Joseph Clofine, Heather Daughtrey, Ronald Herold, Marilyn Nasta, and Merle Carey:***

Elisabeth A. Bowman
Christopher Collins
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

Patrick J. Coughlin
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Ronald B. Kowalczyk
KOWALCZYK LAW OFFICES, P.C.
215 Campbell Street
Geneva, IL 60134

Eric Somers
Mark Todzo
LEXINGTON LAW GROUP, LLP

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

5.

DEFENDANT NVIDIA CORP.'S
MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

1627 Irving Street
San Francisco, CA 94122

***Counsel for Plaintiff, Roy Jacobs:***

Kirk B. Hulett
Blake Muir Harper
Randall R. Sjoblom
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101

Nancy Kaboolian
ABBEY SPANIER RODD ABRAMS & PARADIS LLP
212 East 39th Street
New York, NY 10016

Laurence D. Paskowitz
THE PASKOWITZ LAW FIRM PC
60 East 42nd Street, 46th Floor
New York, NY 10165

***Counsel for Plaintiff, Michael Bensignor:***

Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
SPECTOR, ROSEMAN & KODROFF, PC
1818 Market St., Suite 2500
Philadelphia, PA 19103

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukengan Rd., Suite 130
Bannockburn, IL 60015

Steven Asher
WEINSTEIN, KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Phillip A. Steinberg
124 Rockland Ave.
Bala Cynwyd, PA 19004

John P. McCarthy
217 Bay Avenue
Somers Point, NJ 08244

Jeffrey Brodkin
1845 Walnut Street, 22nd FL
Philadelphia, PA 19103

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
Architects Building
117 S. 17th Street, 22nd FL
Philadelphia, PA 19103

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 John F. Kenned Blvd., Suite 650
Philadelphia, PA 19103

***Counsel for Plaintiff, Advanced Technology Distributors, Inc.:***

Roger M. Schrimp
Clinton P. Walker
Fred A. Silva
Kathy L. Monday
DAMRELL, NELSON SCHRIMP, PALLIOS, PACHER & SILVA
1601 "I" Street, Fifth Floor
Modesto, CA 95354

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

6.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

***Counsel for Plaintiff, Yury Furman:***

Jordan L. Lurie
Zev B. Zysman
WEISS & LURIE
10940 Wilshire Blvd., 23rd Floor
Los Angeles, CA 90024

***Counsel for Plaintiff, Joseph Salazar:***

Monique Alonso
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104

***Counsel for Plaintiff, Joseph Peirano:***

Craig C. Corbitt
Francis O. Scarpulla
Christopher T. Micheletti
Judith A. Zahid
Qianwei Fu
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Douglas J. Rovens
Steven A. Lamb
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
550 S. Hope Street, Suite 1600
Los Angeles, CA 90071

***Counsel for Plaintiff, Edna Gallegos:***

Larry W. Gabriel
JENKINS MULLIGAN & GABRIEL, LLP
660 Market Street, 3rd Floor
San Francisco, CA 94104

***Counsel for Lee Chamberlain:***

John G. Felder, Jr.
Chad A. McGowan
McGOWAN HOOD FELDER & JOHNSON
1405 Calhoun Street
Columbia, SC 29201

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Ave., Suite 300
Elkins Park, PA 19027

Isaac L. Diel
SHARP McQUEEN McKINLEY McQUEEN & DODGE, PA
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, Tennessee 37902

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

7.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

***Counsel for Plaintiff, Scott Erickson:***

Elizabeth R. Odette
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

***Counsel for Plaintiff, Scott Redpath:***

Isaac L. Diel
SHARP McQUEEN McKINLEY McQUEEN & DODGE, PA
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113

John G. Felder, Jr.
Chad A. McGowan
McGOWAN HOOD FELDER & JOHNSON
1405 Calhoun Street
Columbia, SC 29201

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Ave., Suite 300
Elkins Park, PA 19027

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, Tennessee 37902

***Counsel for Plaintiff, Albert Cella:***

Jayne A. Goldstein
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326

Amir Stark
MAGER & GOLDSTEIN LLP
One Liberty Place
1650 Market Street, 21st Floor
Philadelphia, PA 19103

***Counsel for Plaintiff, Stephanie Lueckel:***

Garrett J. Bradley
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Ave., Suite 300
Elkins Park, PA 19027

Isaac L. Diel
SHARP McQUEEN McKINLEY McQUEEN & DODGE, PA
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, TN 37902

***Counsel for Plaintiff, Allen Nassiff:***

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

8.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

Mary G. Kirkpatrick
1233 Shelburne Rd., Suite E-1
South Burlington, VT 05403

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Ave., Suite 300
Elkins Park, PA 19027

Isaac L. Diel
SHARP McQUEEN McKINLEY
McQUEEN & DODGE, PA
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, TN 37902

***Counsel for Plaintiffs, Tabbatha Benson, Scott Friedson, Michael Brooks, Joe Solo and Brittany Chung:***

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, TN 37902

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Ave., Suite 300
Elkins Park, PA 19027

Isaac L. Diel
SHARP McQUEEN McKINLEY
McQUEEN & DODGE, PA
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211

***Counsel for Plaintiff, Kevin Connolly:***

Cadio Zirpoli
Guido Saveri
Richard A. Saveri
SAVERI & SAVERI INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
203 N. LaSalle Street
Chicago, IL 60601

Geoffrey C. Rushing
SAVERI & SAVERI INC.
One Embarcadero Center, Suite 1020
San Francisco, CA 94111

Jason Allen Zweig
Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
805 Third Street, 22nd Floor
New York, NY 10022

***Counsel for Plaintiff, FME Architecture + Design:***

Kelly A. Horne
Tracy R. Kirkham
COOPER & KIRKHAM, P.C.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

9.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

655 Montgomery Street, 17th Floor
San Francisco, CA 94111

***Counsel for Plaintiff, Angela Roark:***

Patrick J. Coughlin
Christopher M. Burke
Elisabeth A. Bowman
Christopher Collins
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 W. Monroe St., Suite 1111
Chicago, IL 60603

***Counsel for Plaintiff, Fred Williams:***

Judith Blackwell
BLACKWELL & BLACKWELL
584 Valle Vista Avenue
Oakland, CA 94610

Lawrence D. Nwajei
LAW OFFICES OF LAWRENCE D. NWAJEI
4221 Wilshire Blvd., Suite 392
Los Angeles, CA 90010

***Counsel for Plaintiff, Jordan Walker:***

John F. Cove, Jr.
David W. Shapiro
Kevin J. Barry
BOIES SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612

William A. Isaacson
Philip J. Iovieno
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Suite 800
Washington, DC 20015

***Counsel for Defendants, ATI Technologies, Inc. and Advanced Micro Devices, Inc.:***

Margaret M. Zwisler
Amanda P. Reeves
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004

Charles H. Samel
Jennifer A. Carmassi
LATHAM & WATKINS LLP
633 W. Fifth Street, Sutie 4000
Los Angeles, CA 90071

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

10.

DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA