IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN SCHINDELHEIM, | No. C 07-02756 WHA |
|     Plaintiff, | |
| v. | **CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE** |
| ADVANCED MICRO DEVICES, INC., et al., | Consolidated: |
|     Defendant. | No. M 07-01826 WHA |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Initial Case Management Conference set for August 30, 2007 at 11:00 a.m., before the Honorable William Alsup is VACATED.

    Parties shall follow the schedule set forth in the Multi District Litigation case no. M07-1826 WHA as described in the Pretrial Orders No. 1 (docket #13), No. 2 (docket #102) and No. 3 (docket #108).

Dated: June 8, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

By:_____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup