Michael P. Lehmann (Cal. Bar No. 77152)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone:   (415) 229-2080
Facsimile:   (415) 986-3643
E-mail:      mlehmann@cmht.com

Craig C. Corbitt (Cal. Bar No. 83251)
Henry A. Cirillo (Cal. Bar No. 131527)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770
E-mail:      ccorbitt@zelle.com
             hcirillo@zelle.com

*Counsel for Individual Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No. M:07-CV-01826-WHA |
|---|---|
| | MDL No. 1826 |
| This Document Relates to: | **STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS [FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| *Schindelheim v. Advanced Micro Devices Inc., et al.*, No. 3:07-CV-02756-WHA | Courtroom: 9<br>Hon. William H. Alsup |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared," all parties who have appeared hereby stipulate to the voluntary dismissal with prejudice of the Third Amended Consolidated Class Action Complaint, filed January 18, 2008 (Document No. 281), and all prior complaints filed in this action, with respect to plaintiffs

Advanced Technology Distributors, Inc., Vincent Andella, Justus Austin III, Michael Brooks, Joseph Clofine, Christopher C. Crawford, Ron Davison, Judd Eliasoph, Kenneth Douglas Erdmann, Scott Erickson, FME Architecture & Design, Good Sense Financial Services, Inc., Tim J. Hartshorn, Andrew Jay Heiting-Doane, Heidi Heitkamp, Inc., Jeff Hughes, Roy L. Jacobs, Bret Johnson, Scott Martin, James Matson, Joseph Peirano, Dan Perkel, Angela Roark, Joseph R. Salazar, Kathryn Saunders, Bryan Schindelheim, Paul Smith, Benjamin Stewart, Robert Schuyler Watson, Cory Wiles, and Daniel Yohalem (collectively, "Plaintiffs").

Dated:  September 10, 2008                Respectfully submitted,


By:      /s/ Fred A. Silva
Fred A. Silva
DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:     (209) 526-3500
Facsimile:     (209) 526-3534

*Counsel for Plaintiff Advanced Technology Distributors, Inc.*


By:      /s/ Kenneth G. Gilman
Kenneth G. Gilman
GILMAN & PASTOR, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone:     (617) 742-9700
Facsimile:     (617) 742-9701

*Counsel for Plaintiffs Vincent Andella and James Matson*

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02756-WHA

1

By:     /s/ Christopher Lovell
Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Counsel for Plaintiffs Justus Austin III and Paul Smith*

By:     /s/ Krishna B. Narine
Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Avenue, Suite 300
Elkins Park, PA 19027
Telephone: (215) 782-3240
Facsimile: (215) 782-3241

*Counsel for Plaintiff Michael Brooks*

By:     /s/ Eric Somers
Eric Somers
LEXINGTON LAW GROUP, LLP
1627 Irving Street
San Francisco, CA 94122
Telephone: (415) 759-4111
Facsimile: (415) 759-4112

*Counsel for Plaintiff Joseph Clofine*

By:     /s/ Timothy D. Battin
Timothy D. Battin
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704

*Counsel for Plaintiff Christopher C. Crawford*

-3-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02756-WHA

|     |     |     |
| --- | --- | --- |
| 1   | By: | /s/ Richard L. Nelson |
| 2   |     | Richard L. Nelson<br>Attorney at Law<br>P.O. Box 3158 |
| 3   |     | Jackson Hole, WY 83001<br>Telephone:   (307) 732-2180 |
| 4   |     | Facsimile:    (307) 732-2181 |
| 5   |     | *Counsel for Plaintiff Ron Davison* |

By:     /s/ Craig C. Corbitt
Craig C. Corbitt
ZELLE, HOFMANN, VOELBEL,
   MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770

*Counsel for Plaintiffs Judd Eliasoph and
   Joseph Peirano*

By:     /s/ Michael P. Lehmann
Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD & TOLL,
   P.L.L.C.
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone:   (415) 229-2080
Facsimile:    (415) 986-3643

*Counsel for Plaintiff Dan Perkel*

By:     /s/ Fred L. Potter
Fred L. Potter
SULLOWAY & HOLLIS, PLLC
9 Capitol Street
Concord, NH 03301
Telephone:   (603) 224-2341
Facsimile:    (603) 223-2999

*Counsel for Plaintiffs Kenneth Douglas
   Erdmann, Good Sense Financial Services,
   Inc., and Heidi Heitkamp, Inc.*

-4-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02756-WHA

| | |
|---|---|
| 1 | By:     /s/ W. Joseph Bruckner |
| | W. Joseph Bruckner |
| 2 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | 100 Washington Avenue, Suite 2200 |
| 3 | Minneapolis, MN 55402 |
| | Telephone:   (612) 339-6900 |
| 4 | Facsimile:   (612) 339-0981 |
| 5 | ***Counsel for Plaintiff Scott Erickson*** |
| 6 | |
| 7 | By:     /s/ Tracy R. Kirkham |
| | Tracy R. Kirkham |
| | COOPER & KIRKHAM, P.C. |
| 8 | 655 Montgomery Street, 17th Floor |
| | San Francisco, CA 94111 |
| 9 | Telephone:   (415) 788-3030 |
| | Facsimile:   (415) 882-7040 |
| 10 | |
| 11 | ***Counsel for Plaintiff FME Architecture & Design*** |
| 12 | |
| 13 | By:     /s/ Gene Summerlin |
| | Gene Summerlin |
| | OGBORN SUMMERLIN & OGBORN, P.C. |
| 14 | 610 J Street, Suite 200 |
| | Lincoln, NE 68508 |
| 15 | Telephone:   (402) 434-8040 |
| | Facsimile:   (402) 434-8044 |
| 16 | |
| 17 | ***Counsel for Plaintiff Tim J. Hartshorn*** |
| 18 | By:     /s/ Justin E. LaVan |
| | Justin E. LaVan |
| 19 | LAMARCA & LANDRY, P.C. |
| | 1820 N.W. 118th Street, Suite 200 |
| 20 | Des Moines, IA 50325 |
| | Telephone:   (515) 225-2600 |
| 21 | Facsimile:   (515) 225-8581 |
| 22 | ***Counsel for Plaintiff Andrew Jay Heiting-Doane*** |

-5-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02756-WHA

1  By:    /s/ Michael G. Simon
       Michael G. Simon
2        FRANKOVITCH, ANETAKIS, COLANTONIO
         & SIMON
3        337 Penco Road
       Weirton, WV 26062
4        Telephone:   (304) 723-4400
       Facsimile:    (304) 723-5892
5

*Counsel for Plaintiff Jeff Hughes*

6

7  By:    /s/ Stephen T. Rodd
       Stephen T. Rodd
8        ABBEY SPANIER RODD ABRAMS &
         PARADIS LLP
9        212 East 39th Street
       New York, NY 10016
10       Telephone:   (212) 889-3700
       Facsimile:    (212) 684-5191
11

*Counsel for Plaintiff Roy L. Jacobs*

12

13 By:    /s/ W. Randolph Patton
       W. Randolph Patton
14       PATTON, SHEA & KIRALY, P.C.
       3016 West Charleston Boulevard, Suite 195
15       Las Vegas, NV 89102
       Telephone:   (702) 870-6790
16       Facsimile:    (702) 870-7490

17 *Counsel for Plaintiff Bret Johnson*

18

19 By:    /s/ Ilan J. Chorowsky
       Ilan J. Chorowsky
       PROGRESSIVE LAW GROUP, LLC
20       1130 North Dearborn Street, Suite 3110
       Chicago, IL 60610
21       Telephone:   (312) 643-5893
       Facsimile:    (312) 643-5894
22

*Counsel for Plaintiff Scott Martin*

23

24

25

26

27

28

-6-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02756-WHA

By:     /s/ William C. Wright
William C. Wright
THE LAW OFFICE OF WILLIAM C. WRIGHT, P.A.
319 Clematis Street, Suite 902
West Palm Beach, FL 33401
Telephone:   (561) 514-0904
Facsimile:   (561) 514-0905

*Counsel for Plaintiff Angela Roark*

By:     /s/ Adam C. Belsky
Adam C. Belsky
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone:   (415) 544-0200
Facsimile:   (415) 544-0201

*Counsel for Plaintiffs Joseph R. Salazar, Benjamin Stewart, and Daniel Yohalem*

By:     /s/ Joseph G. Sauder
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:   (610) 642-8500
Facsimile:   (610) 649-3633

*Counsel for Plaintiff Kathryn Saunders*

By:     /s/ Daniel L. Warshaw
Daniel L. Warshaw
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:   (818) 788-8300
Facsimile:   (818) 788-8104

*Counsel for Plaintiff Bryan Schindelheim*

-7-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02756-WHA

|     |                              |     |                                                    |
| --- | ---------------------------- | --- | -------------------------------------------------- |
| 1   |                              | By: | /s/ Dennis J. Johnson                              |
| 2   |                              |     | Dennis J. Johnson<br>JOHNSON & PERKINSON           |
|     |                              |     | 1690 Williston Road                                |
| 3   |                              |     | P.O. Box 2305                                      |
|     |                              |     | South Burlington, VT 05403                         |
| 4   |                              |     | Telephone: (802) 862-0030                          |
|     |                              |     | Facsimile: (802) 862-0060                          |

1
2
3
4
5

By:  /s/ Dennis J. Johnson
Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

*Counsel for Plaintiff Robert Schuyler Watson*

6
7

By:  /s/ B.J. Wade
B.J. Wade
GLASSMAN, EDWARDS, WADE AND
  WYATT, P.C.
26 North Second Street Building
Memphis, TN 38103
Telephone: (901) 527-4673
Facsimile: (901) 521-0940

*Counsel for Plaintiff Cory Wiles*

Dated: September 10, 2008

By:  /s/ John C. Dwyer
John C. Dwyer
James Donato
Whitty Somvichian
COOLEY GODWARD KRONISH LLP
101 California St., 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Counsel for Defendant NVIDIA Corporation*

Dated: September 10, 2008

By:  /s/ Margaret M. Zwisler
Margaret M. Zwisler
Eric J. McCarthy
Amanda P. Reeves
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

-8-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-02756-WHA

Charles H. Samel
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone:   (213) 485-1234
Facsimile:    (213) 891-8763

*Counsel for Defendants ATI Technologies ULC, Advanced Micro Devices, Inc., AMD US Finance, Inc., and 1252986 Alberta ULC*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  September 10, 2008

By:   /s/ Henry A. Cirillo
          Henry A. Cirillo

**CERTIFICATE OF SERVICE**

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP, located at 44 Montgomery Street, Suite 3400, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS [FED. R. CIV. P. 41(a)(1)(A)(ii)]; and

2. CERTIFICATE OF SERVICE.

☑ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on September 15, 2008 at San Francisco, California.

Signed /s/   Robert L. Newman

---

CERTIFICATE OF SERVICE – Case No. 3:07-CV-02756-WHA
3214467v1